# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158591(50)(51)(52)

CAROLYN ANDERSON,
        Plaintiff-Appellee,
and

AMERICAN ANESTHESIA ASSOCIATES,
SPINE SPECIALISTS OF MICHIGAN, and
OMEGA REHAB SERVICES, LLC,
        Intervening Plaintiffs,

v

MICHAEL ROY CLAY,
        Defendant,
and

AMERICAN COUNTRY INSURANCE
COMPANY,
        Defendant-Appellant.
_____/

SC: 158591
COA: 336999
Wayne CC: 15-008247-NF

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing her answer is GRANTED. The answer submitted on November 30, 2018, is accepted as timely filed. On further order of the Chief Justice, the motions for defendant-appellant for immediate consideration and to strike the answer are DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk